IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIM.NO. 25-CR-00073 |
| RANDY BURDEN | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW, the undersigned, on behalf of RANDY BURDEN, and hereby notifies this Honorable Court that Mr. Burden intends to change his plea and will plead guilty to Count 1, Count 3, and Count 9 in the indictment.

Respectfully submitted,

/s/ S. Joshua Briskman
S. JOSHUA BRISKMAN (BRISS5912)
Attorney for Defendant

OF COUNSEL:

THE BRISKMAN LAW FIRM, LLC
150 Government Street, Suite 1004
Mobile, AL  36602
Telephone:  251.486.1298
jbriskman@briskmanlawfirm.com


CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of January 2026, electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

/s/ S. Joshua Briskman
OF COUNSEL